IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,                     No. CIV-S-04-2667 MCE/CMK

        Petitioner,

   v.                                ORDER

ARNOLD SCHWARZENEGGER, ET AL.,

        Respondents.
_____/

    On May 17, 2005, the magistrate judge filed findings and recommendations which recommended this action be dismissed for petitioner's failure to exhaust state court remedies.  The magistrate's findings and recommendations gave notice to all parties that any objections were to be filed within twenty days. Petitioner did not file any objections within the twenty day period.

///

///

1

1    On June 30, 2005, the court adopted the findings and
2 recommendations of the magistrate judge and denied petitioner's
3 application for writ of habeas corpus.
4    On July 13, 2005, petitioner filed a document entitled a
5 "Request for Reconsideration of Judge's Order to Adopt the
6 Magistrate's Findings and Recommendations and Denial."  In this
7 document, petitioner contends that he never received the
8 magistrate's findings and recommendations filed May 17, 2005.
9 Petitioner asserts further that he would have filed objections
10 had he received these findings and recommendations.  This
11 document was docketed as a notice of appeal.
12    This court now construes petitioner's July 13, 2005 request
13 as a request for an extension of time to file objections, not a
14 notice of appeal.  However, without remand, the district court
15 has lost jurisdiction to dispose of a motion after an appeal has
16 been taken. <u>Scott v. Younger</u>, 739 F.2d 1464, 1466 (9th Cir.
17 1984).  If the Ninth Circuit Court of Appeals remands this action
18 back to the United States District Court for the Eastern District
19 of California, this court will grant petitioner's request for
20 additional time to file objections to the magistrate judge's
21 findings and recommendations.
22 ///
23 ///
24 ///
25 ///
26 ///

2

1    For the foregoing reasons a certificate of appealability
2 should not be issued and the Clerk of Court is directed to serve
3 a copy of this order on the Ninth Circuit Court of Appeal.
4 DATED: August 10, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE