IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,                    No. CIV-S-04-2667 MCE/CMK P

        Petitioner,

   v.                                <u>ORDER AFTER REMAND</u>

ARNOLD SCHWARZENEGGER, ET AL.,

        Respondents.

                             /

     Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 17, 2005, the court issued findings and recommendations that this action be dismissed for failure to exhaust state remedies. The findings and recommendations provided for objections to be filed within 20 days. Petitioner failed to file timely objections and, on June 30, 2005, the court adopted the findings and recommendations and entered judgement accordingly.

///

1

1  On July 12, 2005, petitioner filed a document entitled "Request
2  for Reconsideration fo Judge's Order to Adopt the Magistrate's
3  Findings and Recommendations and Denial."  This document was
4  docketed as a notice of appeal.  On July 19, 2005, the appellate
5  court notified this court that the appeal had been docketed and
6  assigned an appellate case number.
7      On August 10, 2005, after the appeal had been docketed in
8  the appellate court, this court issued an order construing
9  petitioner's July 12, 2005, document as a request for an
10 extension of time to file objections to the May 17, 2005,
11 findings and recommendations.  The court indicated, however, that
12 absent a remand from the appellate court, this court would lack
13 jurisdiction to consider petitioner's request.  The August 10,
14 2005, order was served on the appellate court.  On October 24,
15 2005, the appellate court issued an order remanding this case to
16 this court to consider petitioner's request for an extension of
17 time and to conduct further proceedings.  The appellate court's
18 mandate was filed in this court on November 16, 2005.
19     Pursuant to the appellate court's remand, this court now has
20 jurisdiction.  The court sua sponte vacates the June 30, 2005,
21 judgment as having been issued in error.  See Fed. R. Civ. P.
22 60(a).  Petitioner's July 12, 2005, document is construed as a
23 request for an extension of time to file objections to the
24 court's May 17, 2005, findings and recommendations and is
25 granted.
26 ///

2

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.   The judgment entered on June 30, 2005, is vacated as having been issued in error;

4      2.   Petitioner's July 12, 2005, document is construed as a request for an extension of time to file objections to the court's May 17, 2005, findings and recommendations and, so construed, is granted; and

8      3.   Petitioner may file objections within 20 days of the date of service of this order.

DATED: December 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3