1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JEFFREY J. BIGGS,                        No. CIV S-04-2667-MCE-CMK-P

12                    Petitioner,

13          vs.                               <u>ORDER</u>

14   EDDIE YLST, Acting Warden,[1]

15                    Respondent.

16   _____/

17

18          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

     habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's amended

19   petition for a writ of habeas corpus (Doc. 24), filed on March 6, 2006.[2]

20   / / /

21   / / /

22

23   _____

          [1]     Pursuant to Federal Rule of Civil Procedure 25(d),Eddie Ylst is substituted for his
24   predecessor Steve Ornoski.

25        [2]     The original petition was dismissed because petitioner did not name the correct
     respondent.  The amended petition names the correct respondent.  The Clerk of the Court will be
26   directed to update the docket to reflect the above caption.

                                            1

The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases.  It does not plainly appear from the petition and the attached exhibits that petitioner is not entitled to relief.  See id.  Respondent, therefore, will be directed to file a response to petitioner's petition.  See id.  If respondent answers the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition.  See id.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court is directed to update the court's docket to reflect the above caption by terminating as respondents "Arnold Schwarzenegger," "J. Woodford, Director CDC," and "Board of Prison Terms" and adding "Eddie Ylst, Acting Warden," who is substituted for his predecessor Steve Ornoski pursuant to Federal Rule of Civil Procedure 25(d), as the sole respondent;

2.      Respondent is directed to file a response to petitioner's amended petition within 30 days from the date of service of this order;

3.      Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response; and

4.      The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED:   April 6, 2006.

_Craig M. Kellison_

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26