IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. BIGGS, | No. CIV S-04-2667-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| EDDIE YLST, Acting Warden, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 6, 2006, the court directed respondent to file a response to the amended petition within 30 days. On May 11, 2006, respondent filed a motion for a stay of proceedings until June 28, 2006. Respondent informs the court that, on December 28, 2005, petitioner was found suitable for parole and that, if the Governor of California upholds that decision, the instant petition may be moot. Respondent states that the Governor has until May 27, 2006, to decide the matter and seeks a stay of these proceedings until 30 days after this date.

/ / /

/ / /

1

1    It is clear that what respondent is seeking is relief from his obligation to file a
2 response to the petition until he knows what kind of response to file.  Specifically, if petitioner is
3 granted parole, respondent will argue the petition is moot, in which case an appropriate response
4 would be a motion to dismiss on that ground.  Rather than staying these proceedings, the court
5 will simply grant respondent an extension of time to June 28, 2006, to file a response.
6    Accordingly, IT IS HEREBY ORDERED that respondent shall file a response to
7 the amended petition by June 28, 2006.

9 DATED:  May 17, 2006.

   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE