IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,             No. 2:04-cv-2667-MCE-CMK-P

    Petitioner,

  v.             <u>ORDER</u>

EDDIE YLST, Acting Warden,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On October 20, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within ten (10) days.  Petitioner has filed Objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case.

///

1

Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 20, 2006, are adopted in full;

2. Respondent's Motion to Dismiss (Doc. 29) is granted:

3. All of Petitioner's claims, <u>except</u> his claims that the decision denying parole was not based on sufficient evidence, and that he was improperly placed in waist chains and cuffs during his parole hearing, are dismissed as procedurally barred; and

4. Respondent is directed to file an answer on the merits of the claims identified above within thirty (30) days of the date of this Order.

DATED: November 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE