IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. BIGGS, | No. CIV S-04-2667-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| EDDIE YLST, Acting Warden, | |
| Respondent. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondent's motion for an extension of time (Doc. 35), filed on January 19, 2007.

  On November 20, 2006, the court ordered respondent to file a response to the petition for a writ of habeas corpus within 30 days.  Respondent now seeks an extension of that deadline.  Good cause appearing therefor, the request will be granted.  Failure to comply with this order may result in the imposition of appropriate sanctions.  <u>See</u> Local Rule 11-110.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time is granted; and
2. Respondent shall file a response to the petition by February 19, 2007.

DATED: January 24, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE