IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. BIGGS, | No. 2:04-cv-2667-MCE-CMK-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| EDDIE YLST, Acting Warden, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On March 15, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days.  Petitioner has filed objections to the findings and recommendations.

///

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 15, 2007, are adopted in full;
2. Petitioner's amended petition for a writ of habeas corpus is denied; and
3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: April 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE