IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,                               No. CIV S-04-2667-MCE-CMK-P

      Petitioner,

  vs.                                                         ORDER

EDDIE YLST, Acting Warden,

      Respondents.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 45), filed on April 11, 2007.

        Before petitioner can appeal the judgment entered in this case, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  A substantial showing exists for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893

1

1  (1983)).[1] The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

Petitioner has made a substantial showing of the denial of a constitutional right with respect to his claim that the denial of parole violated due process.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability is granted and a certificate of appealability is issued for this action.

Dated:  May 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. See Jennings, 290 F.3d at 1010.

2